No. 592. H. L. EVELAND, HUGH SMITH, AND B. W. BAER, CONSTITUTING TAX COMMISSION OF THE STATE OF SOUTH DAKOTA, *v.* CHICAGO AND NORTHWESTERN RAILWAY COMPANY. November 1, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the

Eighth Circuit granted. *Messrs. Byron S. Paine* and *Samuel Herrick* for petitioners. *Mr. A. K. Gardner* for respondent. See *post,* p. 775.